IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Courtroom Deputy:   Emily Seamon           Date:   October 3, 2013
Court Reporter:      Kara Spitler

---

Criminal Action No. 13-cr-00195-RBJ

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Michelle Heldmyer *(by video conference)*

     Plaintiff,

v.

1. JOSE O. JIMENEZ,                           Scott Varholak

     Defendant.

---

## COURTROOM MINUTES

---

**MOTIONS HEARING**

**Court in session:       8:01 a.m.**

Defendant present in custody.

Discussion regarding the speedy trial status, Defendant filing a motion in limine to exclude 404(b) evidence, investigating a bank robbery and car stop, and setting a trial date.

**ORDERED:**   Defendant's Oral Motion to Exclude an Additional 60 Days from Speedy Trial is **GRANTED**.  The ends of justice are served by granting an extension of 60 days from the current date of November 29, 2013.

**ORDERED:**   A Five-Day Jury Trial is set for **January 13, 2014 at 9:00 a.m. in Grand Junction**.  Defendant's Motion in Limine is due on or before **November 22, 2013**.  Government's response is due on or before **December 6, 2013**.  A Motion Hearing is set for **December 11, 2013 at 8:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United

States Courthouse, 901 19th Street, Denver, Colorado 80294.

For the reasons and findings as stated on the record, it is;

**ORDERED:** Defendant Jimenez's Motion for Preservation of Tapes and Notes [Doc. No. 43] is **GRANTED**.

**ORDERED:** Defendant Jimenez's Motion for Witness Impeachment Evidence [Doc. No. 44] is **GRANTED**.  The deadline for production of criminal histories is **December 13, 2013**.

**ORDERED:** Defendant Jimenez's Motion for Expert Disclosure [Doc. No. 45] is **GRANTED**. The Government will provide information before **December 13, 2013**.

**ORDERED:** Defendant Jimenez's Motion for Disclosure of 801(d)(2)(E) Evidence and Request for James Hearing [Doc. No. 46] is **DENIED AS MOOT, subject to revisiting, if an issue develops**.

**ORDERED:** Defendant's Motion to Sever the Joinder of Defendants [Doc. No. 48] is **DENIED AS MOOT**.

**ORDERED:** Defendant Jimenez's Motion for Pretrial Notice of 404(b) Evidence [Doc. No. 49] is **GRANTED AS MOOT**.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**Court in recess:** **8:21 a.m.**

Hearing concluded.

Total time:    00:20