IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00195-RBJ | Date: | June 18, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Michelle Means |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA **Plaintiff** | *Michelle M. Heldmyer via video conference* |
| v. | |
| 1. JOSE O. JIMENEZ **Defendant(s)** | *Clifford J. Barnard* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   1:31 p.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

**ORDERED:**   Defendant's objection to the presentence investigation report regarding the term 'paisa' is **DENIED.**

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   [124] Defendant's Motion for a Below-Guidelines Sentence is **DENIED.**

Defendant shall be **imprisoned** for **210 months** as to Count One of the Indictment.

> Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years**.
>
> No fine imposed as the defendant does not have the ability to pay a fine.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance. And as many additional drug tests thereafter that the probation office feels is necessary and appropriate.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

Court RECOMMENDS that defendant receive credit for all time spent in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in southern California and that the defendant be allowed to participate in the RDAP program.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

> Defendant advised of his right to appeal.
>
> Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 3:46 p.m.          Hearing concluded.          Total time:     02:15