**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00195-RBJ
Civil Action No.  15-cv-01426-RBJ

USA,

    Plaintiff,

v.

JOSE O. JIMENEZ, a/k/a Jose Jimenez,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order, Docket Number 161, entered on October 26, 2015, by the honorable Judge R. Brooke Jackson, it is

    ORDERED that the Motion to Vacate (2255) [Docket No. 150] is DENIED.  It is

    FURTHER ORDERED that the civil action 15-cv-01426-RBJ is dismissed.  It is

    FURTHER ORDERED that the Motion to Appoint Counsel (Docket No. 149) is DENIED.  It is

    FURTHER ORDERED that the Motion for relief from Judgment (Docket No. 160) is DENIED.

    Dated at Denver, Colorado this 27th day of October, 2015.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

                            By: s/   C. Pearson
                                         C. Pearson
                                         Deputy Clerk